**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MARK F. SHARLOCK

    Debtor(s)

Ronda J. Winnecour, Trustee
  Movant
    vs.
MARK F. SHARLOCK

    Respondents

Case No. 15-22882JAD

Chapter 13

Related to Document No. __43__

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __27th__ day of __August__, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Highlands Heating Plumbing Air Conditioning
Attn: Payroll Manager
3802 St Rt 711
Ligonier, PA 15658

is hereby ordered to immediately terminate the attachment of the wages of MARK F. SHARLOCK, social security number XXX-XX-6674. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARK F. SHARLOCK.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
8/27/20 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-22882-JAD
Mark F. Sharlock                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam              Page 1 of 1              Date Rcvd: Aug 27, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db             +Mark F. Sharlock,    145 East Lake Road,    Acme, PA 15610-1225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor   Matrix Financial Services Corp.
       andygornall@latouflawfirm.com
      James Warmbrodt    on behalf of Creditor    Matrix Financial Services Corp. bkgroup@kmllawgroup.com
      Jerry Purcell    on behalf of Debtor Mark F. Sharlock jerryjpurcell@yahoo.com
      Matthew John McClelland    on behalf of Creditor   Matrix Financial Services Corp.
       bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 6