UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Mark F. Sharlock, | : | Case No. 15-22882 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Mark F. Sharlock, | : | Related to Document No. |
| | : | |
| Movant, | : | Hearing Date and Time: October 28, |
| | : | 2020, at 10:00 a.m. |
| vs. | : | |
| | : | |
| Estate of Jerry Purcell, United States Trustee | : | |
| and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

CERTIFICATION OF NO OBJECTION
REGARDING MOTION TO SUBSTITUTE ATTORNEY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Substitute Attorney filed on September 16, 2020, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Substitute Attorney appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion to Substitute Attorney were to be filed and served no later than October 5, 2020.

It is hereby respectfully requested that the Order attached to the Motion to Substitute Attorney be entered by the Court.

Dated: October 6, 2020

ZEBLEY MEHALOV & WHITE, P.C.


By  /s/ Daniel R. White
        Daniel R. White
        PA I.D. No. 78718
        P.O. Box 2123
        Uniontown, PA 15401
        724-439-9200
        Email: dwhite@Zeblaw.com
        Attorney for Movant