**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **MARK F. SHARLOCK** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **15-22882JAD** |

# Form 4100N
# Notice of Final Cure Payment                               10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** MATRIX FINANCIAL SERVICES CORP

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 1 6 0 3

**Property Address:** 145 EAST LAKE RD
ACME PA 15610

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---:|
| a. Allowed prepetition arrearage: | (a) $ | 29,067.68 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 29,067.68 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 1,150.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 1,150.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 30,217.68 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment:    $   $798.05

The next postpetition payment is due on   10 / 1 / 2020
                                          MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                Notice of Final Cure Payment                page 1

Debtor 1  **MARK F. SHARLOCK**              Case number *(if known)* 15-22882JAD
Name

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour          Date  10/14/2020
Signature

Trustee     Ronda J. Winnecour

Address     CHAPTER 13 TRUSTEE WD PA
            600 GRANT STREET
            SUITE 3250 US STEEL TWR
            PITTSBURGH, PA  15219

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | MARK F. SHARLOCK | Case number *(if known)* | 15-22882JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 01/26/2016 | 0977129 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 298.32 |
| 02/24/2016 | 0981060 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 290.26 |
| 03/28/2016 | 0985113 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 290.26 |
| 04/22/2016 | 0989313 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 621.69 |
| 05/24/2016 | 0993270 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 295.68 |
| 06/27/2016 | 1002027 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 295.68 |
| 07/26/2016 | 1005994 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 621.69 |
| 08/26/2016 | 1009992 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 295.68 |
| 10/26/2016 | 1017888 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 576.12 |
| 11/21/2016 | 1021194 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 283.49 |
| 12/21/2016 | 1024496 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 483.49 |
| 01/27/2017 | 1027967 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 811.53 |
| 02/24/2017 | 1031383 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 487.55 |
| 03/28/2017 | 1034819 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 487.55 |
| 04/21/2017 | 1038108 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 806.46 |
| 05/25/2017 | 1041392 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 483.49 |
| 06/27/2017 | 1044774 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 483.49 |
| 07/25/2017 | 1048095 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 806.46 |
| 08/25/2017 | 1051423 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 497.03 |
| 09/26/2017 | 1054752 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 823.38 |
| 10/25/2017 | 1058114 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 486.20 |
| 11/21/2017 | 1061382 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 486.20 |
| 12/21/2017 | 1064664 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 809.84 |
| 01/25/2018 | 1068101 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 486.20 |
| 02/23/2018 | 1071274 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 809.84 |
| 03/28/2018 | 1074473 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 162.55 |
| 04/24/2018 | 1077706 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 811.53 |
| 05/25/2018 | 1080966 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 487.55 |
| 06/22/2018 | 1084111 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 811.53 |
| 07/26/2018 | 1087333 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 487.55 |
| 08/28/2018 | 1090544 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 487.55 |
| 09/25/2018 | 1093673 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 811.53 |
| 10/29/2018 | 1096925 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 480.78 |
| 11/27/2018 | 1100061 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 480.78 |
| 12/21/2018 | 1103168 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 803.07 |
| 01/25/2019 | 1106376 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 480.78 |
| 02/25/2019 | 1109626 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 803.07 |
| 03/25/2019 | 1112921 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 480.78 |
| 04/26/2019 | 1116213 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 480.78 |
| 05/24/2019 | 1119609 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 494.32 |
| 06/25/2019 | 1123010 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 820.00 |
| 07/29/2019 | 1126454 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 505.16 |
| 08/27/2019 | 1129924 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 505.16 |
| 09/24/2019 | 1133227 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 833.54 |
| 10/24/2019 | 1136561 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 487.55 |
| 11/25/2019 | 1140024 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 811.53 |
| 12/23/2019 | 1143410 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 487.55 |
| 01/28/2020 | 1146862 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 490.26 |
| 02/25/2020 | 1150388 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 814.92 |
| 03/23/2020 | 1153873 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 490.26 |
| 04/27/2020 | 1157332 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 490.26 |
| 05/26/2020 | 1160671 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 270.99 |
| 06/26/2020 | 1163811 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 158.42 |
| 07/29/2020 | 1166930 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 158.41 |
| 08/25/2020 | 1170006 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 61.94 |
| | | | | **29,067.68** |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 09/28/2020 | 1173092 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 1,150.00 |
| | | | | **1,150.00** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 11/24/2015 | 0969067 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 2,811.98 |

| Debtor 1 | MARK F. SHARLOCK | Case number *(if known)* | 15-22882JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 12/22/2015 | 0973081 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 971.73 |
| 01/26/2016 | 0977129 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 1,066.57 |
| 02/24/2016 | 0981060 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 03/28/2016 | 0985113 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 04/22/2016 | 0989313 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 05/24/2016 | 0993270 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 06/27/2016 | 1002027 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 07/26/2016 | 1005994 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 08/26/2016 | 1009992 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 09/27/2016 | 1014013 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 784.06 |
| 10/26/2016 | 1017888 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 832.70 |
| 11/21/2016 | 1021194 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 12/21/2016 | 1024496 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 01/27/2017 | 1027967 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 02/24/2017 | 1031383 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 03/28/2017 | 1034819 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 04/21/2017 | 1038108 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 05/25/2017 | 1041392 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 06/27/2017 | 1044774 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 07/25/2017 | 1048095 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 08/25/2017 | 1051423 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 09/26/2017 | 1054752 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 10/25/2017 | 1058114 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 11/21/2017 | 1061382 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 12/21/2017 | 1064664 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 01/25/2018 | 1068101 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 02/23/2018 | 1071274 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 03/28/2018 | 1074473 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 04/24/2018 | 1077706 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 05/25/2018 | 1080966 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 06/22/2018 | 1084111 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 07/26/2018 | 1087333 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 08/28/2018 | 1090544 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 09/25/2018 | 1093673 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 10/29/2018 | 1096925 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 11/27/2018 | 1100061 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 12/21/2018 | 1103168 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 01/25/2019 | 1106376 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 02/25/2019 | 1109626 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 03/25/2019 | 1112921 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 04/26/2019 | 1116213 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 05/24/2019 | 1119609 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 06/25/2019 | 1123010 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 07/29/2019 | 1126454 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 08/27/2019 | 1129924 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 09/24/2019 | 1133227 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 10/24/2019 | 1136561 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 11/25/2019 | 1140024 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 12/23/2019 | 1143410 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 01/28/2020 | 1146862 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 02/25/2020 | 1150388 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 03/23/2020 | 1153873 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 04/27/2020 | 1157332 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 05/26/2020 | 1160671 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 06/26/2020 | 1163811 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 07/29/2020 | 1166930 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 08/25/2020 | 1170006 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 808.38 |
| 09/28/2020 | 1173092 | MATRIX FINANCIAL SERVICES CORP | AMOUNTS DISBURSED TO CREDITOR | 291.21 |
| | | | | 49,602.39 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

MARK F. SHARLOCK
145 EAST LAKE ROAD
ACME, PA  15610

DANIEL R WHITE ESQ
ZEBLEY MEHALOV & WHITE PC
POB 2123*
UNIONTOWN, PA  15401

MATRIX FINANCIAL SERVICES CORP
1 CORPORATE DR STE 360
LAKE ZURICH, IL  60047-8924

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


10/14/20                                                        /s/ Roberta Saunier
                                                                _____
                                                                Administrative Assistant
                                                                Office of the Chapter 13 Trustee