File No.: 12817

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Mark F. Sharlock, | : | Case No. 15-22882 JAD |
| Debtor. | : | Document No. |
| Mark F. Sharlock, | : | Related to Document No. 47 |
| Movant, | : | Hearing Date and Time: October 28, 2020, at 10:00 a.m. |
| vs. | : | |
| Estate of Jerry Purcell, United States Trustee and Ronda J. Winnecour, Chapter 13 Trustee, | : | **DEFAULT O/E JAD** |
| Respondents. | : | |

ORDER

AND NOW, this __22nd__ day of _____October_____, 2020, following Debtor's motion, it is hereby ORDERED that the firm of Zebley Mehalov & White, P.C., and Daniel R. White, Esquire, are hereby substituted as the attorneys for Debtor in his Chapter 13 case. Following this Order, Substitute Counsel shall be entitled to all remaining 'no look' fees not previously distributed by the Chapter 13 Trustee a well as any future fees approved by this Court.

BY THE COURT

_____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
10/22/20 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22882-JAD |
| Mark F. Sharlock | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dkam  Page 1 of 2
Date Rcvd: Oct 22, 2020  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

**Recip ID    Recipient Name and Address**
db        +  Mark F. Sharlock, 145 East Lake Road, Acme, PA 15610-1225

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason   Name and Address**
             ##+            Jerry Purcell, Esq., P.O. Box 429, Champion, PA 15622-0429

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020         Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

**Name              Email Address**

Andrew F Gornall
                  on behalf of Creditor Matrix Financial Services Corp. andygornall@latouflawfirm.com

Brian Nicholas
                  on behalf of Creditor Matrix Financial Services Corp. bnicholas@kmllawgroup.com

Daniel R. White
                  on behalf of Debtor Mark F. Sharlock zmwchapter13@gmail.com
                  gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Jerry Purcell
    on behalf of Debtor Mark F. Sharlock jerryjpurcell@yahoo.com

Matthew John McClelland
    on behalf of Creditor Matrix Financial Services Corp. bkgroup@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7